■ PROGRESS FEDERAL SAVINGS BANK, Respondent, v PELHAM DEVELOPMENT ASSOCIATES, LTD., Appellant, et al., Defendants. —Order, Supreme Court, Bronx County (Alan J. Saks, J.), entered on or about March 4, 1991, unanimously affirmed for the reasons stated by Saks, J. Respondent shall recover of appellant $250 costs and disbursements of this appeal. No opinion. Concur—Sullivan, J. P., Carro, Wallach, Kassal and Rubin, JJ.